# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2010

139617(78)(80)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

2000 BAUM FAMILY TRUST, BAUM FAMILY TRUST,
JOSEPH BEAUDOIN, SANDRA BEAUDOIN, ADELE
MEGDALL REVOCABLE TRUST, PAUL NOWAK & JOAN
NOWAK TRUST, MARILYN ORMSBEE, MARK SCHWARTZ,
WENDY SCHWARTZ, and THOMAS THOMASON,
      Plaintiffs/Counter
      Defendants-Appellants,

v

WILLIAM BABEL, JUDY BABEL, JAMES
CAHILL, GLORIA CAHILL, DANIEL ENGSTROM,
PENNY ENGSTROM, ARTHUR A. RANGER TRUST,
PATRICIA L. RANGER TRUST, and CHARLEVOIX
COUNTY ROAD COMMISSION,
      Defendants/Counter
      Plaintiffs-Appellees,
and

AL GOOCH, ELIZABETH GOOCH, JESSE
HALSTEAD, and LINDA HALSTEAD,
      Intervening Defendants/
      Counter Plaintiffs-Appellees,
and

CHARLEVOIX TOWNSHIP,
      Defendant-Appellee.
_____

SC: 139617
COA: 284547
Charlevoix CC: 07-061121-CH

     On order of the Chief Justice, the motion by plaintiffs-appellants for extension of the time for filing their brief and appendix and for reinstatement of the right to oral argument is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2010

                Clerk